IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                    PLAINTIFF

v.                                          1:09CV00065HLJ

DONALD ANDERSON, et al.                                                        DEFENDANTS

## ORDER

By Order dated February 22, 2010, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respect to defendants Dunavion and Forkum on March 12, 2010 (DE ##15, 16). Included with the return and filed under seal is a memo from defendants containing defendant Forkum's last-known address. In addition, defendants state they have no record of an employee by the name of Lavandra K. Dunavion. The Court will therefore direct that summons be issued to this defendant in care of the Arkansas Department of Correction (ADC). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Dunavion and Forkum,, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 7) on defendant Dunavion in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the summons and original and amended complaints on defendant Forkum at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of March, 2010.

_____
United States Magistrate Judge

1