IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                                  PLAINTIFF

v.                                                    1:09CV00065JTK

DONALD ANDERSON, et al.                                                                            DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's motion to compel Defendants to respond to interrogatories submitted to them (Doc. No. 53). Defendants have responded to the Motion, stating they have responded to Plaintiff's discovery requests, and attach copies of such to their responses. Therefore, Plaintiff's motion to compel (Doc. No. 53) is hereby DENIED as moot.

Plaintiff shall file a response to Defendant Dunavion's motion for summary judgment within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE