**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FRANCES RENEE MILLER/PERRY,                                                              PLAINTIFF
ADC #708998

v.                                              1:09-cv-00065-JTK

DONALD ANDERSON, et al.                                                                  DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 60). Defendants filed Responses to the Motion (Doc. Nos. 61, 63).

In her Motion, Plaintiff states she is not permitted sufficient time in which to review her medical records in order to prepare for her trial, and Defendants have not produced requested discovery. In their Responses, Defendants state they have submitted to Plaintiff all discovery requested. In addition, Defendants state Plaintiff has been approved for extra time in which to review her medical records. In light of these Responses, together with this Court's decision (by separate Order) to grant Plaintiff's Motion to Appoint Counsel, the Court will deny Plaintiff's Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 60) is hereby DENIED without prejudice.

IT IS SO ORDERED this 15th day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE