## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                       PLAINTIFF

v.                                          1:09-cv-00065-JTK

DONALD ANDERSON, et al.                                                          DEFENDANTS

### ORDER

Plaintiff's Court-appointed attorneys shall respond to her Motion to Withdraw (Doc. No. 79) within ten days of the date of this Order.

IT IS SO ORDERED this 9th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1