IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                              PLAINTIFF

v.                                             1:09-cv-00065-JTK

DONALD ANDERSON, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE