**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FRANCIS RENEE MILLER/PERRY,
ADC #708998                                                                                                PLAINTIFF

1:09-cv-00065-JTK

DONALD ANDERSON, et al.                                                                       DEFENDANTS

**ORDER**

The Motion for Reimbursement of out-of-pocket expenses filed by Plaintiffs' appointed counsel (Doc. No. 113) is hereby GRANTED.

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Broadaway and Broadaway, P.A., the amount of Seven Hundred Seventy-Five Dollars and Seventy-Four Cents ($775.74) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 10th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE